974

No. 71–5407. Davis et al. v. Oregon. Sup. Ct. Ore. Certiorari denied. Mr. Justice Douglas dissents. █

No. 71–5875. O'Dell et al. v. Oregon. Ct. App. Ore. and Sup. Ct. Ore. Certiorari denied. Mr. Justice Douglas dissents.

No. 70–5010. Miller v. Oregon. Ct. App. Ore. Motion of George Wellington Glover to be named a party petitioner and certiorari denied. Mr. Justice Douglas dissents.

No. 71–1045. Tomasino v. California. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–1111. Muse v. North Carolina. Sup. Ct. N. C. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–1434. Harvest Brand, Inc., now Harvest Industries, Inc. v. A. E. Staley Manufacturing Co. C. A. 10th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–6051. Bell v. Kansas. C. A. 10th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.